# UNITED STATES DISTRICT COURT

___CENTRAL___ District of ___CALIFORNIA___

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MAURICE MARTINEZ GRANADO<br>*Defendant* | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case Number: ~~SA-CR-92-33-AHS~~<br><br>FILED<br>NOV 18 2011<br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SOUTHERN DIVISION AT SANTA ANA<br>BY ___ DEPUTY |

Upon motion of the ___DEFENDANT___ , it is ORDERED that a

detention hearing is set for ___NOVEMBER 22, 2011___ * at ___1:30 P.M.___
                                      *Date*                                    *Time*

before ___MAGISTRATE JUDGE MARC L. GOLDMAN___
                          *Name of Judicial Officer*

___SANTA ANA, CALIFORNIA___
              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
        *Other Custodial Official*

Date: ___November 18, 2011___        /s/ MARC L. GOLDMAN
                                                                            *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.